

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00234-CR

EX PARTE NOEL VALDEZ ANDRADE

ORIGINAL PROCEEDING FOR WRIT OF HABEAS CORPUS

June 25, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

As a pro se, Noel Valdez Andrade again petitions this Court for a writ of habeas corpus. This time, however, he does so under article 11.07 of the Texas Code of Criminal Procedure and believes his felony conviction improper because 1) trial counsel allegedly was ineffective and 2) new evidence would allegedly illustrate that the police "planted" the drugs found in his car. We dismiss.

Article 11.07 of the Texas Code of Criminal Procedure establishes a means through which one may obtain "relief from a felony judgment imposing a penalty other than death." TEX. CODE. CRIM. PROC. ANN. art. 11.07, § 1 (West 2015). Yet, the authority to award such relief under that statute lies within the exclusive jurisdiction of the Texas Court of Criminal Appeals. *In re Nottingham*, No. 07-19-00201-CV, 2019 Tex. App. LEXIS

5052, at *3–4 (Tex. App.—Amarillo June 18, 2019 orig. proceeding) (mem. op.); *Ex parte Bellar*, No. 07-19-00056-CR, 2019 Tex. App. LEXIS 861, at *1 (Tex. App.—Amarillo Feb. 6, 2019, orig. proceeding) (per curiam) (mem. op., not designated for publication). Because this Court is not the Texas Court of Criminal Appeals, we lack the authority to substantively entertain Andrade's application for relief.

Andrade's petition for a writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure is dismissed for want of jurisdiction.

Per Curiam

Do not publish.